AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 18, 2023**

SEAN F. McAVOY, CLERK

CHANELLE S.,
    *Plaintiff*
v.
KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,
    *Defendant*

Civil Action No. 1:22-cv-03171-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulated Motion to Remand, ECF No. 17, is GRANTED.
Based on the stipulation of the parties, the above-captioned case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge JAMES A. GOEKE on parties' stipulated motion to remand.

Date: 04/18/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lilly Savchuk
    *(By) Deputy Clerk*

Lilly Savchuk